## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Dingmann and Randall D. Hebrink, individually and on behalf of all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> Bassford Remele PA, Gustafson Gluek PLLC, Schwebel Goetz & Sieben PA, Lockridge Grindal Nauen PLLP, Lewis A. Remele Jr., Daniel E. Gustafson, and John Does 1-10, </br></br> Defendants. | Case No. 24-CV-3675 (ECT-LIB) </br></br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO JOIN INDISPENSABLE PARTIES** |

This matter came before the Court on Defendants' Motion to Dismiss the Plaintiffs' Complaint for failure to join indispensable parties pursuant to Fed. R. Civ. P. 12(b)(7) and 19.  The Court, having been fully advised on the matter, and upon the pleadings, motions, and memoranda filed makes the following Order:

**IT IS SO ORDERED** that the Defendants' Motion to Dismiss is hereby granted and that this action is dismissed against all Defendants.

**BY THE COURT:**

Dated:_____          _____