# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Dingmann and Randall D. Hebrink, individually and on behalf of all others similarly situated, | Case No. 24-CV-3675 (ECT-LIB) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING DETERMINATION BY JPML ON TRANSFER TO MDL** |
| v. | |
| Bassford Remele PA, Gustafson Gluek PLLC, Schwebel Goetz & Sieben PA, Lockridge Grindal Nauen PLLP, Lewis A. Remele Jr., Daniel E. Gustafson, and John Does 1-10, | |
| Defendants. | |

This matter came before the Court on Defendants' Motion to Stay Pending Determination by JPML on Transfer to MDL. The Court, having been fully advised on the matter, and upon the pleadings, motions, and memoranda filed makes the following Order:

**IT IS SO ORDERED** that the Defendants' Motion to Stay Pending Determination by JPML on Transfer to MDL is hereby granted and that this action is **STAYED** pending determination by JPML on Transfer to MDL.

**BY THE COURT:**

Dated:_____        _____