UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Dingmann, and Randall D. Hebrink, individually, and on behalf of all others similarly situated, | D. Minn. No. 24-cv-3675-ECT-LIB |
| | Judge: Eric C. Tostrud |
| | Magistrate Judge: Leo I. Brisbois |
| Plaintiffs, | |
| | Stearns County District Court |
| v. | Case No. _____ |
| Bassford Remele PA, Gustafson Gluek PLLC, Schwebel Goetz & Sieben PA, Lockridge Grindal Nauen PLLP, Lewis A. Remele Jr., Daniel E. Gustafson, and John Does 1-10, | |
| Defendants. | |

## DECLARATION OF DOUGLAS J. NILL

1. I am a lawyer for the Plaintiffs in this lawsuit.

2. Attached as Exhibit 7 is a true and correct copy of the transcript of the District Court hearing on November 12, ECF Nos. 43 and 46, denying Plaintiffs' Motion To Remand To State Court Under The Mandatory Home State Exception In The Class Action Fairness Act of 2005, ECF Nos. 5-10 and 41-42.

3. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of November, 2024, in Hennepin County, State of Minnesota.

1

Respectfully submitted,

By: /s/ Douglas J. Nill
Douglas J. Nill (MN # 0194876)
DOUGLAS J. NILL, PLLC
d/b/a FARMLAW
1850 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 573-3669
dnill@farmlaw.com