# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 21, 2024

Douglas J. Nill
NILL, PLLC
Suite 2050
120 S. Sixth Street
Minneapolis, MN  55402-1801

RE:  24-3365  David Dingman, et al v. Bassford Remele, PA, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CBO

Enclosure(s)

cc:     Ryan Falconer Bracklin
        Ryan T. Brown
        Clerk, U.S. District Court, District of Minnesota
        William Lawrence Davidson
        Suzanne Louise Jones
        Michael M. Lafeber
        David Schooler
        John Charles Weisensell
        Timothy James Willette

     District Court/Agency Case Number(s):   0:24-cv-03675-ECT

**Caption for Case Number: 24-3365**

David G. Dingman, individually, and on behalf of all others similarly situated; Randall D. Hebrink, individually, and on behalf of all others similarly situated

       Plaintiffs - Appellants

v.

Bassford Remele, PA; Gustafson Gluek, PLLC; Schwebel Goetz & Sieben, PA; Lockridge Grindal Nauen, PLLP; Lewis Albert Remele, Jr.; Daniel E. Gustafson; John Does 1-10

       Defendants - Appellees

**Addresses for Case Participants:   24-3365**

Douglas J. Nill
NILL, PLLC
Suite 2050
120 S. Sixth Street
Minneapolis, MN  55402-1801

Ryan Falconer Bracklin
GORDON & REES
Suite 3850
80 S. Eighth Street
Minneapolis, MN  55402

Ryan T. Brown
GORDON & REES
Suite 1600
One N. Wacker Drive
Chicago, IL  60606

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

William Lawrence Davidson
LIND & JENSEN
Suite 1900
901 Marquette Avenue, S.
Minneapolis, MN  55402

Suzanne Louise Jones
GORDON & REES
Suite 3850
80 S. Eighth Street
Minneapolis, MN  55402

Michael M. Lafeber
TAFT & STETTINIUS
2200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

David Schooler
GORDON & REES
Suite 3850
80 S. Eighth Street
Minneapolis, MN  55402

John Charles Weisensell
WEISENSELL & MASTRANTONIO
Suite 301
23 S. Main Street
Akron, OH  44308

Timothy James Willette
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320